[No. 10647-7-II.  Division Two.  March 21, 1988.]

HARBOR SECURITY BANK, *Respondent,* v. JOHN L. MURPHY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-2-00653-2, David E. Foscue, J., entered December 15, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 11157-8-II.  Division Two.  March 22, 1988.]

*In the Matter of the Marriage of* SHEILAH MANKE, *Appellant, and* LARRY J. MANKE, *Respondent.*

Appeal from a judgment of the Superior Court for Mason County, No. 85-3-00152-1, Patricia L. Morgan, J. Pro Tem., entered May 22, 1987. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10400-8-II.  Division Two.  March 22, 1988.]

PATSY L. FEELEY, *Appellant,* v. RAY T. HANSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-00242-7, E. Albert Morrison, J., entered September 12, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.

[No. 10267-6-II.  Division Two.  March 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM C. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00107-1, Dale M. Nordquist, J., entered August 22, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.